

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PATRICK M. WOODS

versus

COMMISSIONER,
SOCIAL SECURITY

CIVIL ACTION NO. 04-1115

JUDGE HICKS
**Referred to:**
MAGISTRATE JUDGE HORNSBY

## JUDGMENT

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 28 day of July, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE